Name: Margaret Gauthier
Address: 5862 Oleander Dr
Newark, CA 94560
Phone Number: 408-221-5108
E-mail Address: marggaut@yahoo.com

Pro Se

RECEIVED
2015 SEP 21 P 2: 32
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaret Gauthier<br><br>Plaintiff,<br><br>vs.<br><br>Doonan, Graves, & Longoria LLC, et al<br><br>Defendant. | Case Number: 15-cv-02973-WHA<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: September 28, 2015.

_____
William Alsup
United States District/~~Magistrate~~ Judge