IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET LUCY GAUTHIER,<br><br>    Appellant,<br><br>  v.<br><br>DOONAN, GRAVES & LONGORIA, LLC, SETERUS, INC., VENTURES TRUST 2013-I-H-R,<br><br>    Defendants.<br> / | No. C 15-02973 WHA<br><br>**ORDER RE CHAMBERS COPIES** |

The Court has not received chambers copies of the record or any of appellees' briefs. By **NOVEMBER 9**, the responsible parties shall please lodge copies of those documents with the Court.

**IT IS SO ORDERED.**

Dated:  November 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE