IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET LUCY GAUTHIER,<br><br>　　　　Appellant,<br><br>　v.<br><br>DOONAN, GRAVES & LONGORIA, LLC, SETERUS, INC., and VENTURES TRUST 2013-I-H-R,<br><br>　　　　Appellees.<br>　　　　　　　　　　　　　　　　　/ | No. C 15-02973 WHA<br><br>**NOTICE RE HEARING ON MOTION TO STAY** |

　　Appellant's motion for a stay pending this appeal is scheduled for **NOVEMBER 19**. Briefing on the appeal is scheduled to be completed by **NOVEMBER 12**. The parties should please also be prepared to argue the merits of the appeal at the hearing.

Dated: November 10, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE