IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET LUCY GAUTHIER,<br><br>Appellant,<br><br>v.<br><br>DOONAN, GRAVES & LONGORIA, LLC, SETERUS, INC., and VENTURES TRUST 2013-I-H-R,<br><br>Appellees. | No. C 15-02973 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order affirming the bankruptcy court's order, **FINAL JUDGMENT** is hereby entered in favor of the Appellees and against the Appellant. The Clerk shall pleas **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE